| | |
|---|---|
| Sheehan & Associates, P.C. | 60 Cuttermill Rd Ste 412<br>Great Neck NY 11021 |
| Spencer Sheehan<br>spencer@spencersheehan.com | T (516) 268-7080<br>F (516) 234-7800 |

November 21, 2022

District Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Sq
New York NY 10007

                      Re:    1:22-cv-08413-LGS
                             Oyler v. NFL Enterprises LLC

Dear District Judge Schofield:

      This office represents the Plaintiff. In accordance with the Court's Individual Rules, Plaintiff requests an adjournment of the initial status conference of November 30, 2022 and accompanying submissions submitted by November 23, 2022. ECF No. 5.

      This action was filed on October 3, 2022. ECF No. 1. On October 5, 2022, Plaintiff mailed a Notice of Lawsuit and Request to Waive Service of a Summons with a self-addressed stamped envelope to Defendant's registered agent. Approximately last week, this office was contacted by an attorney representing Defendant. The parties are in discussions related to the waiver of service, and Plaintiff anticipates a signed waiver will be filed within the next 14 days, far in advance of January 2, 2023. Fed. R. Civ. P. 4(m).

      The proposed new date for the initial conference is December 30, 2022, with conference materials submitted by December 23, 2022. There have been no previous requests for adjournments of the initial conference and accompanying submissions. No previous request was granted or denied. Defendant has not formally consented to this request because no attorney on its behalf has appeared. This request is submitted at least 48 hours prior to the scheduled appearance. Thank you.

                                                                    Respectfully submitted,

                                                                    /s/Spencer Sheehan

---

Application GRANTED in part and DENIED in part. The initial pretrial conference scheduled for November 30, 2022, is adjourned to **December 21, 2022, at 4:20 P.M.** The deadline for the parties to file the materials required in advance of that conference is extended to **December 14, 2022, at noon**.

Dated: November 22, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**Certificate of Service**

I certify that on November 21, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

    /s/ Spencer Sheehan