UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RYAN OYLER,
                       Plaintiff,

            -against-                     22 Civ. 8413 (LGS)

                                        ORDER
NFL ENTERPRISES LLC,
                     Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for December 21, 2022,

      WHEREAS, no significant issues were raised in the parties' joint letter other than those that will be raised in Defendant's anticipated motion to dismiss. It is hereby

      **ORDERED** that the December 21, 2022, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. It is further

      **ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2 no later than **January 27, 2023**. Plaintiff shall file a response within five business days after Defendant's letter is filed. It is further

      **ORDERED** that discovery is STAYED pending the filing of Defendant's anticipated motion to dismiss

      **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

Dated: December 14, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE